**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-8115

DANTE A. JONES,

          Plaintiff - Appellant,

     v.

WARDEN GREG HERSHBERGER; LIBRARIAN ADDIS N. KAMBULE; BRADLEY
WOODFALL, Case Management Specialist; ASSISTANT WARDEN
DENISE A. MORGAN; SERGEANT ROGER G. MUELLER; KELLY L. UPOLE,

          Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:12-cv-00702-ELH)

Submitted:  March 28, 2013            Decided:  April 2, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dante A. Jones, Appellant Pro Se.   Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dante A. Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Hershberger, No. 1:12-cv-00702-ELH (D. Md. Dec. 11, 2012). We deny Jones' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED